# Order

Michigan Supreme Court
Lansing, Michigan

September 18, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138749

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TODD ALAN BINSCHUS,
      Defendant-Appellant.

SC: 138749
COA: 283799
Jackson CC: 06-004643-FH;
06-004752-FH; 06-004760-FH

_____/

On order of the Court, the application for leave to appeal the March 24, 2009 judgment of the Court of Appeals is considered and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2009

_____
Clerk

p0915